**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROGER SEDLAK, et al.,

    Plaintiffs,

v.

    Case No. 13-11496
    Hon. Lawrence P. Zatkoff

VERNAL SIMMS, et al.,

    Defendants.

_____/

## ORDER

Presently before the Court is Plaintiffs' Motion for Leave to Reinstate Case No. 13-11496 [dkt 9]. On May 31, 2013, the Court dismissed the instant matter because Plaintiffs raised the exact claims that they did in a previous case, which also was dismissed by the undersigned for lack of subject matter jurisdiction. *See Sedlak v. Simms*, No. 12-14100, 2013 WL 2155600 (E.D. Mich. May 17, 2013). After reviewing Plaintiffs' current motion, the Court finds no justifiable reason to reinstate the instant matter. Accordingly, the Court HEREBY DENIES Plaintiffs' Motion for Leave to Reinstate Case No. 13-11496 [dkt 9]. It is FURTHER ORDERED that Plaintiffs are enjoined from filing subsequent actions without seeking and obtaining the Court's leave.

    IT IS SO ORDERED.

Date: January 22, 2014                    s/Lawrence P. Zatkoff
                                                    Hon. Lawrence P. Zatkoff
                                                    U.S. District Judge